

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Daryl Jackson, | § | No.08-22-00009-CR |
| Appellant, | § | Appeal from the |
| | § | 85th District Court |
| The State of Texas, | § | of Brazos County, Texas |
| State. | § | (TC# 19-04458-CRF-85) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 8, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lane D. Thibodeaux, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 8, 2022.

IT IS SO ORDERED this 10th day of May, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.